USCA1 Opinion

 

 June 22, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1556 GARY GROWE, Plaintiff, Appellant, v. MALDEN MILLS INDUSTRIES, INC., FORSTER MANUFACTURING CO., INC. AND FRASER PAPER, LTD., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Selya, Cyr and Stahl, Circuit Judges. ______________ ____________________ Paul O. Taylor, Alan D. Harris and Harris & Taylor, on brief for ______________ ______________ _______________ appellant. John J. O'Leary, Jr., James M. Saffian, Pierce, Atwood, Scribner, ____________________ ________________ _________________________ Allen, Smith & Lancaster, Joseph Michael Roberts, Grove, Jaskiewicz _________________________ ______________________ _________________ and Cobert, on brief for appellees. __________ ____________________ ____________________ Per Curiam. In view of the opinion entered by the Per Curiam. ___________ United States Supreme Court in Security Services, Inc. v. K-Mart _______________________ ______ Corp., No. 62 U.S.L.W. 4329 (May 16, 1994), the decision of the _____ United States District Court for the District of Maine is sum- marily affirmed. See Local Rule 27.1. ___ 2